IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANGELO REYNOLDS,

    Plaintiff,

  v.

                                  Case No. 19-cv-762-wmc

C.R. BARD, INC., and BARD PERIPHERAL
VASCULAR, INC.,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. against plaintiff Angelo Reynolds dismissing this case.

    ___s/V. Olmo, Deputy Clerk___      ___9/15/2021___
    Peter Oppeneer, Clerk of Court           Date